# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

William Francis Paulson,

          Plaintiff,

v.

State of Minnesota et al.,

          Defendants.

Case No. 20-cv-0028 (SRN/KMM)

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated May 22, 2020. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED THAT:**

1. Petitioner William Francis Paulson's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, Doc. No. 1, is **DISMISSED** without prejudice for lack of jurisdiction.

2. Mr. Paulson's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. No. 2, is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 10, 2020

                                                 s/Susan Richard Nelson
                                                 SUSAN RICHARD NELSON
                                                 United States District Judge